IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAREY GOOD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CAUSE NO. 06-CV-054-WDS |
| | ) |
| JOHNSON & JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and

**TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: February 15, 20006.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE